# United States Court of Appeals
## For the First Circuit

_____

No. 21-1114

MATTHEW MCDONALD,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.
_____

Before

Barron, <u>Chief Judge</u>,
Kayatta and Montecalvo, <u>Circuit Judges</u>.
_____

**ORDER OF COURT**

Entered: June 12, 2024

     Petitioner Matthew McDonald seeks a certificate of appealability ("COA") as to the district court's denial of his challenge to his convictions under 18 U.S.C. § 924(c) based on <u>United States v. Davis</u>, 139 S. Ct. 2319 (2019), and related precedent. Previously, the court appointed counsel to represent petitioner. The application for COA is <u>granted</u>, and the court certifies for appellate review the question whether the district court properly resolved petitioner's <u>Davis</u> challenge to his § 924(c) convictions. <u>See</u> 28 U.S.C. § 2253(c).

     Petitioner also has filed various papers seeking an immediate remand for resentencing. Ruling on the remand request and all issues related thereto is reserved to the merits panel. In addition to addressing the <u>Davis</u> claim, the parties should address in briefing all issues relevant for purposes of the remand request, including the following issues:

1) whether the issues raised in the remand request properly are encompassed by this appeal, <u>see generally</u> Fed. R. App. P. 3 & 4;

2) if the issues raised in the remand request properly are encompassed by this appeal, would the court be required to grant a COA before addressing those issues on the merits; and

3) whether and to what extent the Concepcion v. United States, 142 S. Ct. 2389 (2022), decision pressed in connection with the remand request is relevant for purposes of a case in this posture.

    The clerk shall set a briefing schedule in the ordinary course.

                                      By the Court:

                                      Maria R. Hamilton, Clerk

cc:
Jane Elizabeth Lee
Matthew McDonald
Alexander S. Chen